

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00739-CV

**IN THE INTEREST OF L.M.D.M.**, a Child

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13426
Honorable Robert R. Barton, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We order no costs assessed against appellant because he is indigent.

SIGNED March 11, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice